**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**TYPOGRAPHICAL UNION NO. 18; International Typographical Union and its affiliate, Detroit Mailers Union Local No. 40; International Typographical Union and its affiliates, Detroit Mailers Union Local No. 40 and Detroit Typographical Union No. 18, Respondents.**

No. 14246.

United States Court of Appeals
Sixth Circuit.

June 4, 1960.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Thomas A. Roumell, 7th Regional Director, N.L.R.B., Detroit, Mich., for petitioner.

Zwerdling & Zwerdling, Detroit, Mich., Van Arkel & Kaiser, Washington, D. C., for respondent.

PER CURIAM.

This cause came on to be heard upon the petition of the National Labor Relations Board for the enforcement of a certain order issued by it against Typographical Union No. 18; International Typographical Union and its affiliate, Detroit Mailers Union Local No. 40; International Typographical Union and its affiliates, Detroit Mailers Union Local No. 40 and Detroit Typographical Union No. 18, their officers, agents, successors and assigns on April 4, 1960, in a proceeding before the said Board numbered 7–CC–106, 7–CC–112, 7–CC–113, 7–CC–114 and 7–CB–623; upon the transcript of the record in said proceeding, certified and filed in this Court, and upon a stipulation providing for the entry of a consent decree of this Court enforcing the order.

On consideration whereof, it is ordered, adjudged and decreed by the United States Court of Appeals for the Sixth Circuit, that the said order of the National Labor Relations Board be, and the same is hereby enforced; and that Typographical Union No. 18; International Typographical Union and its affiliate, Detroit Mailers Union Local No. 40; International Typographical Union and its affiliates, Detroit Mailers Union Local No. 40 and Detroit Typographical Union No. 18, their officers, agents, successors and assigns abide by and perform the directions of the Board in said order contained.

**Alfred Curtis MACK, Petitioner-Appellant,**

v.

**STATE of Ohio et al., Respondent-Appellee.**

No. 14045.

United States Court of Appeals
Sixth Circuit.

June 13, 1960.

Richard E. Brown, Norwood, Ohio, (appointed by the court) for appellant.

Mark McElroy, Atty. Gen. of Ohio, Wm. M. Vance, and Aubrey Wendt, Asst. Attys. Gen. of Ohio, for appellees.

Before McALLISTER, Chief Judge, and MILLER and CECIL, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court denying the petition for a writ of habeas corpus be and is hereby affirmed in accordance with the order of Judge Underwood.